An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WYNN RESORTS, LIMITED,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
and
KAZUO OKADA; UNIVERSAL
ENTERTAINMENT CORPORATION;
AND ARUZE USA, INC.,
Real Parties in Interest.

No. 68439

**FILED**

NOV 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION

This original petition for a writ of prohibition or mandamus challenges a district court order granting a motion to compel discovery.[1]

Having considered the petition, supporting documents, and the oral argument of counsel, we are not persuaded that petitioner has met its burden of demonstrating clear legal error in the district court's discovery determination thus warranting our interlocutory intervention at this time. NRS 34.160; NRS 34.320; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court,* 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 818 P.2d 849, 851 (1991);

---

[1]The Honorable James E. Wilson, Jr., District Judge in the First Judicial District Court, and the Honorable Steve L. Dobrescu, District Judge in the Seventh Judicial District Court, were designated by the Governor to sit in place of the Honorable Ron Parraguirre, Justice, and the Honorable Kristina Pickering, Justice, who voluntarily recused themselves from participation in the decision of this matter. Nev. Const. art. 6, § 4(2).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34471

*see Club Vista Fin. Servs., LLC v. Eighth Judicial Dist. Court*, 128 Nev., Adv. Op. 21, 276 P.3d 246, 249 (2012) (recognizing that "[d]iscovery matters are within the district court's sound discretion, and [this court] will not disturb a district court's ruling regarding discovery unless the court has clearly abused its discretion"). As petitioner has not demonstrated that the district court "clearly abused its discretion" in granting the motion to compel discovery, *Club Vista*, 128 Nev., Adv. Op. 21, 276 P.3d at 249; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 225, 88 P.3d 840, 841 (2004), we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.        _____, J.
Douglas                                                Cherry

_____, J.        _____, J.
Saitta                                                     Gibbons

_____, D.J.      _____, D.J.
Wilson                                                    Dobrescu

cc:     Hon. Elizabeth Goff Gonzalez, District Judge
        Wachtell, Lipton, Rosen & Katz
        Pisanelli Bice, PLLC
        Glaser Weil Fink Jacobs Howard Avchen & Shapiro,
            LLC/Los Angeles
        BuckleySandler LLP
        Holland & Hart LLP/Las Vegas
        Eighth District Court Clerk

